UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 9-12-cv-80762-RYSKAMP-HOPKINS

GHAHAN, LLC,
An Ohio Limited Liability Company,

    Plaintiff,

Vs.

PALM STEAK HOUSE, LLC, Et Al.,

    Defendants.
_____/

### NOTICE OF DEFENDANTS PALM STEAK HOUSE AND SUZANNE FARESE'S RULE 26 DISCLOSURES

Defendants, PALM STEAK HOUSE, LLC AND SUZAANE FARESE, by and through undersigned counsel, serve their initial disclosures, pursuant to Federal Rule of Civil Procedure 26, as follows:

### WITNESSES. F.R.Civ.P. 26(a)(1)(A)(i)

1. Steve Roumaya
   Key Hotels and Property Management
   308 E. Alexis Road
   Toledo, Ohio 43612
   419-478-8200

   All aspects of the Management Agreement regarding breach of the agreement and termination. Roumaya's knowledge concerning the cease and desist notice by Roumaya and Ghahan and DeJaVu not to use the name "Dreamgirls" in any manner. All aspects of the Notice of breach and termination of the management agreement. All issues surrounding the Plaintiff's claims in the Complaint. All issues surrounding the Defendants Motion to Dismiss for lack of jurisdiction. The wrongful taking of Ghahan's monies slated for improvements to the club by an employee representative of Ghahan. Defendant Thomas Farese's offer and all facts surrounding the parties agreement to purchase of Roumaya's nightclub, Dreamgirls of Columbus. All matters concerning Breach of an alleged buyout agreement against PSH; Breach of oral agreement between

    Roumaya and Thomas Farese, Breach of promises made by Roumaya to Thomas Farese. Roumaya's failure and refusal of Roumaya to guarantee the Management agreement performance, Fraud (misrepresentation) by Ghahan's employee representative against Ghahan.

2. Thomas Farese
   65 N. E. 4th Ave, Townhouse "G"
   Delray Beach, Florida 33483
   Facsimile: 561-276-7099
   tfarese@comcast.net

   All aspects of the Management Agreement regarding breach of the agreement and termination. Farese's knowledge concerning the cease and desist notice by Roumaya and Ghahan and DeJaVu not to use the name "Dreamgirls" in any manner. All aspects of the Notice of breach and termination of the management agreement. All issues surrounding the Plaintiff's claims in the Complaint. All issues surrounding the Defendants Motion to Dismiss for lack of jurisdiction. The wrongful taking of Ghahan's monies slated for improvements to the club by an employee representative of Ghahan. Defendant Thomas Farese's offer and all facts surrounding the parties agreement to purchase of Roumaya's nightclub, Dreamgirls of Columbus. All matters concerning Breach of an alleged buyout agreement against PSH; breach of oral agreement between Roumaya and Thomas Farese, Breach of promises made by Roumaya to Thomas Farese. Roumaya's failure and refusal of Roumaya to guarantee the Management agreement performance, Fraud (misrepresentation) by Ghahan's employee representative against Ghahan.

3. Bruce Schoenberger, Esquire
   Gressley Kaplan & Parker, LLP
   One Seagate, Suite 1645
   Toledo, Ohio 43604

   Personal knowledge of any facts outside the privileged discussions concerning the buyout of Roumaya's interest in Ghahan.

4. Naquid Hasan
   4820 Monroe Street
   Toledo, Ohio 43623

   The Management Agreement. Termination of the Management Agreement, Breaches of the Management Agreement, knowledge concerning the cease and desist notice by Roumaya and Ghahan and De Ja Vu not to use the name "Dreamgirls." All aspects of the Notice of breach and termination of the management agreement. All issues surrounding the Plaintiff's claims in the Complaint. Wrongful taking of Ghahan's monies slated for improvements to the club by an employee representative of Ghahan. Defendant Thomas Farese's purchase of Roumaya's nightclub Dreamgirls of Columbus. Hasan's personal guarantee of the management agreement.

5. Marc Scott (Address unknown)

   Termination of the Management Agreement, Breaches of the Management Agreement, knowledge concerning the cease and desist notice by Roumaya and Ghahan and DeJaVu not to use the name "Dreamgirls." All aspects of the Notice of breach and termination of the management agreement. Personal knowledge of various notices to Roumaya. Roumaya's wrongful demands. All issues surrounding the Plaintiff's claims in the Complaint. Wrongful taking of Ghahan's monies slated for improvements to the club by an employee representative of Ghahan. Negotiations concerning Thomas Farese's purchase of Roumaya's nightclub, Dreamgirls of Columbus. Notices of breaches of the management agreement to Roumaya.

6. John Doe I  (Ex-employee of Dreamgirls)
   Knowledge of Management issues.

7. John Doe II (Ex-employee of Dreamgirls)
   Knowledge of Management issues.

8. John Doe III (Ex employee of Dreamgirls)
    Knowledge of Management issues.

9. Yazeed ("Z") Qaimari
   Address Unknown

   The Management Agreement. Termination of the Management Agreement, Breaches of the Management Agreement, knowledge concerning the cease and desist notice by Roumaya and Ghahan and De Ja Vu not to use the name "Dreamgirls." All aspects of the Notice of breach and termination of the management agreement.  All issues surrounding the Plaintiff's claims in the Complaint. Wrongful taking of Ghahan's monies slated for improvements to the club by an employee representative of Ghahan. Defendant Thomas Farese's purchase of Roumaya's nightclub Dreamgirls of Columbus.  Hasan's personal guarantee of the management agreement.

10. Various employees of Dreamgirls of Palm Beach to be called as witnesses and who shall be identified when their names and addresses become known to Defendants.

    All issues of the complaint and of the Defendants' Motion to Dismiss

**EXHIBITS. F.R.Civ.P. 26(a)(1)(A)(ii)**

1. Management Agreement

2. Email correspondence and text messages between Roumaya and Farese and others as

    may be discovered.

3. Notice of Breach of the Management Agreement and Termination

4. Notices and correspondences from De Je Vu

5. 15th Judicial Circuit Court, Palm Beach County, Florida, file in *Congress Shopping Center vs Palm Beach Gentlemens Club,* CASE NO: 50 2008CA013614XXXXMBAN

6. Records of PBGC concerning the Plaintiff's Ghahan's failures to perform under the management agreement.

7. Ohio Secretary of State records concerning Ghahan, LLC and Steve Roumaya.

8. Florida DABT records related to Palm Beach Gentlemens Club.

**F.R.Civ.P. 26(a)(1)(A)(iii)**

Damages for the breaches of the management agreement by Roumaya and Ghahan have not been computed by defendants.

**F.R.Civ.P. 26(a)(1)(A)(iv)**

None.

Defendants Palm Steak House and Suzanne Farese reserve the right to amend and or supplement the information herein as discovery progresses.

Dated: November 7, 2012

                                                           Respectfully Submitted,

                                                           Barry Roderman, Esquire
                                                           One East Broward Blvd., Suite 700
                                                           Fort Lauderdale,, Florida 33301
                                                           Tel: 954-761-8810 Fax: 954-761-9911
                                                           bgr@barryroderman.com

                                                           By:   /s/ *Barry G. Roderman*
                                                           Barry G. Roderman, Esquire
                                                           Florida Bar No. 105637

        Law Offices of David M. Goldstein, P.A.
Attorneys for Palm Steak House, LLC
12000 Biscayne Boulevard, Suite 802
Miami, Florida 33137
V. 305-372-3535 F. 305-577-8232

By: */s/ David M. Goldstein*
    David M. Goldstein, Esquire
    Florida Bar No. 156003

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 7th day of November, 2012, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which I understand will serve a copy on all counsel of record and pro se parties, whose addresses are listed below. I further certify that a stamped copy of the forgoing has been furnished to Defendant, Thomas Farese, Pro Se via first class mail and email.

    By: /s/ *Barry G. Roderman*
        Barry G. Roderman, Esquire

Gregory R. Elder, Esquire
Erin Boatman, Esquire
Foreman Friedman, PA
2. S. Biscayne Boulevard
Miami, Florida 33130
Phone: 305-358-6555 Fax: 305-374-9077
gelder@fflegal.com   eboatman@fflegal.com

Thomas Farese, Pro Se
65 N. E. 4th Ave, Townhouse "G"
Delray Beach, Florida 33483
Facsimile: 561-276-7099
tfarese@comcast.net
(BY MAIL AND EMAIL)