UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 9-12-cv-80762-RYSKAMP-HOPKINS

GHAHAN, LLC,
An Ohio Limited Liability Company,

     Plaintiff,

Vs.

PALM STEAK HOUSE, LLC, Et Al.,

     Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT IN OPPOSITION

COMES NOW Defendants by and through undersigned counsel and file the attached Affidavit in Opposition to Plaintiff's Motion to Disqualify Counsel.

                              Respectfully submitted,

                              Barry Roderman, Esquire
                              One East Broward Blvd., Suite 700
                              Fort Lauderdale,, Florida 33301
                              Tel: 954-761-8810 Fax: 954-761-9911
                              bgr@barryroderman.com

                              By:   /s/ *Barry G. Roderman*
                              Barry G. Roderman, Esquire
                              Florida Bar No. 105637

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 21st day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  A copy of the foregoing has been furnished to Defendant, Thomas Farese, Pro Se via first class mail and email.

                            By:  /s/ *Barry G. Roderman*
                                Barry G. Roderman, Esquire

Gregory R. Elder, Esquire
Foreman Friedman, PA
2. S. Biscayne Boulevard
Miami, Florida 33130
Phone: 305-358-6555 Fax: 305-374-9077
gelder@fflegal.com

Thomas Farese, Pro Se
65 N. E. 4th Ave, Townhouse "G"
Delray Beach, Florida 33483
Facsimile: 561-276-7099
tfarese@comcast.net
(By Mail and Email)