UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 9-12-cv-80762-RYSKAMP-HOPKINS

GHAHAN, LLC,
An Ohio Limited Liability Company,

    Plaintiff,

Vs.

PALM STEAK HOUSE, LLC,
A Florida Limited Liability Company,
THOMAS FARESE, Individually, Et Al.,

    Defendants.
_____/

## AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL

    Before me the undersigned personally appeared BARRY G. RODERMAN, ESQ., who after first being duly sworn and deposed states the following;

    1. That I am an active member in good standing of the Florida Bar, having been admitted in or about November 1967 and having actively practiced law since that date.

    2. That I have and currently do represent Palm Steak House LLC f/k/as Palm Beach Gentlemens Club LLC and am a member of said corporate entity.

    3. However, I have never represented Ghahan Inc., nor did I participate in the negotiation of the management contract. Nor did I represent any of the principals of Ghahan Inc., at any time. I do not foresee a conflict of interest with the Plaintiff or any of the principals associated with the Plaintiff at any time.

    4. I do not anticipate testifying in this matter and if I did, my testimony would not cause any conflict with my client.

    Further affiant sayeth naught.

_____
Barry G. Roderman

State of Florida: County of Broward

Sworn to and subscribed before me this **21ST** day of **November** 2012. Before me personally appeared **Barry G. Roderman** who is Personally known/ or produced _____ as Identification.

    Notary Signature: _Melissa Sly_

Affix Seal:

Page 1 of 1

MELISSA SLY
MY COMMISSION # DD 953485
EXPIRES: January 19, 2014
Bonded Thru Budget Notary Services