UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9-12-CV-80762-RYSKAMP-HOPKINS

GHAHAN, LLC,
an Ohio Limited Liability Company,

      Plaintiff,

v.

PALM STEAK HOUSE, LLC. et al.,

      Defendants.
_____/

## AMENDED AFFIDAVIT
## IN OPPOSITION TO PLAINTIFFS MOTION TO DISQUALIFY

BEFORE ME the undersigned personally appeared DAVID M. GOLDSTEIN, who after being duly sworn and deposed states as follows:

1. That I am a current and active member of the Florida Bar.

2. That I am a minority member of Palm Steak House, LLC.

3. That I had no insight or information as to the negotiation of the management between Ghahan, LLC., Plaintiff and Mr. Thomas Farese, before the filing of this herein litigation.

4. I did know that Ghahan the Plaintiff was the manager of the Club Dream Girls which was owned by Palm Steak House, LLC.

5. I do not represent Thomas Farese in the dispute between Thomas Farese and Steve Roumaya or Ghahan, LLC. I was co-counsel for Palm Steak House in the matter of the automatic termination of the management agreement.

6. I represented as co-counsel Thomas Farese and Palm Steak House, LLC in a prior Case No. 08-81048-CIV-DMM (USDC/SDF). This was a landlord tenant dispute and had no relation to the instant lawsuit.

7. That I have no involvement whatsoever in the operational management of PSH..

FURTHER AFFIANT SAYETH NAUGHT

_____
David M. Goldstein

State of Florida          )
                          ) SS
County of Miami-Dade )

BEFORE ME, the undersigned authority, personally appeared, DAVID M. GOLDSTEIN , who is known to me and who did or did not take an oath this 8TH day of January 2013.

SWORN AND SUBSCRIBED before me this 8th day of January 2013.

By: _____
Signature of Notary Public

My commission expires:



GRACE ZAPPALA
MY COMMISSION # EE856751
EXPIRES: December 06, 2016