UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80762-CIV-RYSKAMP/HOPKINS

GHAHAN, LLC,

    Plaintiff,

vs.

PALM STEAK HOUSE, LLC,

    Defendant.

_____/

## Verdict Form

We, the jury, find as follows:

(1) Did the plaintiff Ghahan prove by a preponderance of the evidence that Thomas Farese had actual or apparent authority to represent Palm Steak House in negotiating a contract with Ghahan LLC?

    Yes __✓__ No _____

*If your answer is no, proceed no further, sign and date the verdict form and return to the courtroom. If your answer is yes, proceed to question 2.*

(2) Did the plaintiff Ghahan prove by a preponderance of the evidence that the submission of the revised termination agreement constituted terms acceptable to Thomas Farese?

    Yes __✓__ No _____

*If your answer is no, proceed no further, sign and date the verdict form and return to the courtroom. If your answer is yes, proceed to question 3.*

(3) Did the plaintiff Ghahan prove by a preponderance of the evidence that the terms and conditions of the draft proposal sent to Ghahan LLC or Steve Roumaya on November 10, 2011 were acceptable to Steve Roumaya and that this acceptance was communicated to Thomas Farese?

Yes __✓__   No _____

*If your answer to question 3 is no, proceed no further, sign and date the verdict form and return to the courtroom. If your answer is yes, proceed to question 4.*

(4) What amount of damages has the plaintiff Ghahan established under the contract by a preponderance of the evidence?

$ __675,000__

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: __2/11/16__