UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80762-CIV-RYSKAMP/HOPKINS

GHAHAN, LLC,

    Plaintiff,

vs.

PALM STEAK HOUSE, LLC,

    Defendant.

_____/

## ORDER OF JUDGMENT AS TO GHAHAN'S BREACH OF CONTRACT CLAIM AGAINST PALM STEAK HOUSE

THE COURT conducted a jury trial in this matter from February 8 through February 11, 2016. Prior to trial the Court severed the claims relating to the performance of the Management Agreement. This action proceeded to trial only on Ghahan, LLC's claim that Palm Steak House, LLC breached the parties' contract whereby Palm Steak House, LLC was to buy out Ghahan, LLC's interest in the club. The jury returned a verdict for Ghahan, LLC and against Palm Steak House, LLC. Accordingly, it is hereby

ORDERED AND ADJUDGED that JUDGMENT IS HEREBY ENTERED in the amount of $675,000.00 in favor of Plaintiff Ghahan, LLC and against Defendant Palm Steak House, LLC on Ghahan, LLC's breach of contract claim relating to the buyout agreement. The Court stresses that this judgment is only as to the aforesaid breach of contract claim and is not a

final judgment such that this matter should be closed.  Plaintiff Ghahan, LLC shall notify the Court by Friday, February 12, 2016 whether it intends to proceed with any of its remaining claims.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 11th day of February, 2016.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE