UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80762-CIV-RYSKAMP/HOPKINS

GHAHAN, LLC,

    Plaintiff,

vs.

PALM STEAK HOUSE, LLC,

    Defendant.

_____/

**ORDER OF FINAL JUDGMENT**

THE COURT conducted a jury trial in this matter from February 8 through February 11, 2016. Prior to trial the Court severed the claims relating to the performance of the Management Agreement. As a result, neither Thomas Farese nor Suzanne Farese were ultimately defendants at trial. Also prior to trial Ghahan, LLC dismissed its claims against Congress Plaza, LLC. This action proceeded to trial only on Ghahan, LLC's claim that Palm Steak House, LLC breached the parties' contract whereby Palm Steak House, LLC was to buy out Ghahan, LLC's interest in the club. The jury returned a verdict for Ghahan, LLC and against Palm Steak House, LLC. Ghahan, LLC notified the Court on February 19, 2016 **[DE 438]** that it did not intend to proceed with any of its remaining claims. Accordingly, it is hereby

ORDERED AND ADJUDGED that JUDGMENT IS HEREBY ENTERED in the amount of $675,000.00 in favor of Plaintiff Ghahan, LLC and against Defendant Palm Steak House, LLC on Ghahan, LLC's breach of contract claim relating to the buyout agreement. Ghahan, LLC shall receive pre and post judgment interest on this amount from the date of November 29, 2011. The remaining claims in this action, including the claims relating to the

        2

performance of the Management Agreement, are DISMISSED WITH PREJUDICE.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 24th day of February, 2016.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE