UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-80762-CV-MIDDLEBROOKS

GHAHAN, LLC,

    Plaintiff,
v.

PALM STEAK HOUSE, LLC, et al.,

    Defendants.
_____/

GHAHAN, LLC,

    Third-Party Plaintiff,
v.

PALM BEACH GENTLEMEN'S
CLUB TRUST, et al.,

    Third-Party Defendants.
_____/

## ORDER REOPENING CASE

THIS CAUSE is before the Court *sua sponte*. Having reviewed the record in this case, and taking into account the Amended Impleader Complaint in Proceedings Supplementary (DE 611), it is **ORDERED AND ADJUDGED** that the Clerk of Court shall **REOPEN** this case.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 4th day of February, 2021.

*[signature]*

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record
       Suzanne Farese, as Trustee of Palm Beach Gentlemen's Club Trust, *pro se*
       126 Northeast 4th Avenue
       Delray Beach, FL 33483