UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80762-Middlebrooks

GHAHAN, LLC,

    Plaintiff,

-vs-

PALM STEAK HOUSE, LLC f/k/a
PALM STEAK HOUSE GENTLEMENS
CLUB, LLC,

    Defendants.
_____/

GHAHAN, LLC,
    Third-Party Plaintiff,
-vs-
SUZANNE FARESE and DAVID
GOLDSTEIN, as trustees of Palm
Beach Gentlemen's Club Trust; PALM
BEACH GENTLEMENT'S CLUB TRUST;
ET AL., and BARRY RODERMAN,
    Third-Party Defendants.
_____/

FILED BY _____ D.C.

FEB 22 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION FOR 7 DAYS TIME TO FILER EXHIBITS TO MOTION FOR LEAVE TO FILE AMENDED AFFIRMATIVE DEFENSES

SUZANNE FARESE, as wrongly alleged Trustee, Pro Se, ***erroneously named*** "as trustee of Palm Beach Gentlemen's Club Trust" ("Movant" or the "Alleged Trustee") a Third-Party Defendant, respectfully moves for seven days in which to file the exhibits to the amended affirmative defenses, and would show:

    1.    Movant filed a motion for leave to fie amended affirmative defenses and as the rule requires, attached the amended defenses thereto. However, while most of the exhibits are already in the court file (docketed) and be easily obtained, others go back to the year 2011 and need to be gathered from various court records in state courts and elsewhere.

2. Movant seeks seven days in which to file the exhibits.

3. The other parties to this case can not be prejudiced by granting this motion.

WHEREFORE, it is respectfully requested that Suzanne Farese as Trustee be granted 7 days in which to file the exhibits to her affirmative defenses.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 18th day of February, 2021, the forgoing document was mailed to the Clerk of Court and to those persons listed below by First Class Mail.

My spouse, Thomas Farese, assisted in the preparation of this document.

Respectfully submitted,

/s/ Suzanne Farese
Suzanne Farese Pro Se
126 N. E. 4th Avenue
Delray Beach, Florida 33483
Suzanne511@att.net and Tf511@att.net
Mobile 954-465-5466

Service
Barry Roderman, Esquire
BARRY G. RODERMAN & ASSOC., P.A.
633 SE 3rd Avenue, Suite 4 R
Fort Lauderdale, FL 33301
Tel: (954) 761-8810 Tel
Primary email: mail@barryroderman.com
BGR@barryroderman.com

Gregory Elder, Attorney
2300 NW Corporate Boulevard, Suite 215
Boca Raton, Florida 33431

**Clerk of Court**
**Federal Building and U.S. Courthouse**
701 Clematis Street Room 202
West Palm Beach, FL 33401
(561) 803-3400

EXHIBITS: Exhibits A through M are being collected from Court Records. Some go back to 2011. By separate motion, the Court will be asked by separate motion for 7 days leave to file the exhibits noted herein. Many of the exhibits named are already a part of the Court file.