UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 9:12-cv-80762-DMM

**GHAHAN, LLC,**

    **Plaintiff,**

v

**PALM STEAK HOUSE, LLC, f/k/a
PALM STEAK HOUSE GENTLEMEN'S
CLUB, LLC,**

    **Defendants.**

                                                  /

**GHAHAN, LLC,**

    **Third-Party Plaintiff,**

v

**SUZANNE FARESE and DAVID
GOLDSTEIN, as Trustees of Palm
Beach Gentlemen's Club Trust; PALM
BEACH GENTLEMEN'S CLUB TRUST;
DAVID M. GOLDSTEIN, as Trustee of
Nolita Trust; NOLITA TRUST; and
BARRY RODERMAN,**

    **Third-Party Defendant.**

                                                  /

**NOTICE OF APPEARANCE AND
DESIGNATION OF E-MAIL ADDRESSES**

    **PLEASE TAKE NOTICE** that Bart A. Houston, Esq. and The Houston Firm, P.A. hereby enter an appearance as counsel of record on behalf of **BARRY RODERMAN** and request that all

pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on the undersigned at the designated email addresses in the signature block.

**Dated:   March 5, 2021.**

        **THE HOUSTON FIRM**
        *Counsel for Barry Roderman*
        1301 East Broward Boulevard
        Suite 100
        Fort Lauderdale, Florida 33301
        Telephone: (954) 900-2615
        Primary Email: bhouston@thehoustonfirm.com
        Secondary Email: dschena@thehoustonfirm.com

        By:   /s Bart A. Houston, Esq.
              Bart A. Houston, Esq.
              Florida Bar No. 623636

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the District Court and served through the Florida court's E-filing Portal to: **Gregory R. Elder, Esq.,** Attorney for Plaintiff, Law Offices of Gregory R. Elder, PLLC, 2300 NW Corporate Blvd., Suite 215, Boca Raton, FL 33341 and by e-mail to gelderlaw@gmail.com; **Barry G. Roderman, ESQ.,** Barry G. Roderman & Associates, PA, 633 SE 3rd Avenue, Suite 4R, Fort Lauderdale, FL 33301 and by e-mail to bgr@barryroderman.com; **Suzanne Farese**, 126 NE 4th Avenue, Delray Beach, FL 33483 and by e-mail to tf511@att.net and suzanne511@att.net; on this 5th day of March, 2021.

        By:   /s Bart A. Houston, Esq.
              Bart A. Houston, Esq.