UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80762-Middlebrooks

GHAHAN, L.L.C.,

    Plaintiff,

-vs-

PALM STEAK HOUSE, L.L.C. f/k/a

PALM STEAK HOUSE GENTLEMENS

CLUB, LLC,

    Defendants.

_____/

GHAHAN, L.L.C.,

    Third-Party Plaintiff,

-vs-

SUZANNE FARESE and DAVID

GOLDSTEIN, as trustees of Palm

Beach Gentlemen's Club Trust; PALM

BEACH GENTLEMEN'S CLUB TRUST;

DAVID M. GOLDSTEIN, as trustee

Of Nolita Trust, NOLITA TRUST; and

BARRY RODERMAN,

    Third-Party Defendant.

_____/

## **APPEARANCE OF CO-COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for GHAHAN, L.L.C.,

Respectfully submitted,

**THE ELLIOT LEGAL GROUP, P.A.**

BY: */s/ Gavin Tudor Elliot*
Gavin Tudor Elliot, Esq.
Florida Bar No.0542997
gelliot@elliotlegal.com
elliotlegalgroup@gmail.com
3101 N Federal Highway, Ste 609
Fort Lauderdale, Florida 33306
Phone: 305-399-3832
*Attorney for Third Party-Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of March, 2012, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which I understand will serve a copy on all counsel of record.

BY: /s/*Gavin Tudor Elliot*

Gavin Tudor Elliot