UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9: 12-cv-80762 Middlebrooks

GHAHAN, L.L.C.,
    Plaintiff,

-vs-

PALM STEAK HOUSE, L.L.C. f/k/a
PAL STEAK HOUSE GENTLEMENS
CLUB, LLC,
    Defendants.
_____/

GHAHAN, L.L.C.,
    Third-Party Plaintiff,

-vs-

SUZANNE FARESE and DAVID
GOLDSTEIN, as trustees of Palm
Beach Gentlemen's Club Trust; PALM
BEACH GENTLEMEN'S CLUB TRUST;
DAVID M. GOLDSTEIN, as trustee
Of Nolita Trust, NOLITA TRUST; and
BARRY RODERMAN,
    Third-Party Defendant.
_____/

## THIRD PARTY PLAINTIFF'S WITNESS LIST

    Third-Party Plaintiff, Ghahan, LLC ("Ghahan"), by and through its undersigned attorneys, and pursuant to the Court's Order Setting Trial Date And Pretrial Schedule (DE 653), hereby submits and serves the names and addresses (if known) of persons it presently intends to call to testify at the trial of this case:

1.    Steve Roumaya (Member of Plaintiff)
       3440 Secor Rd., Toledo Ohio 43606

       Knowledge regarding the factual allegations supporting the claims alleged in the Amended Impleader Complaint and Plaintiff's damages.

2.    Suzanne Farese, Trustee (Defendant)
       126 N.E. 4th Avenue

1

      Delray Beach, Florida 44483

      Knowledge regarding the factual allegations supporting the claims alleged in the Amended Impleader Complaint and Plaintiff's damages.

3.    Thomas Farese
      126 N.E. 4th Avenue
      Delray Beach, Florida 44483

      Knowledge regarding the factual allegations supporting the claims alleged in the Amended Impleader Complaint and Plaintiff's damages.

4.    Barry Roderman
      633 S.E. 3rd Avenue, Suite 4R
      Ft. Lauderdale, Florida 33301

      Knowledge regarding the factual allegations supporting the claims alleged in the Amended Impleader Complaint and Plaintiff's damages.

Plaintiff reserves the right to amend and/or supplement the witnesses to this disclosure as discovery progresses.

                                  Respectfully Submitted,

                                  BY: */s/Gregory R. Elder*
                                  Gregory R. Elder, Esq.
                                  Law Offices of Gregory R. Elder, PLLC
                                  2300 NW Corporate Blvd., Suite 215
                                  Boca Raton, Florida 33341
                                  (305) 546-1061
                                  *gelderlaw@gmail.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May 2021, I served the foregoing on the individuals listed below, via e-mail and US Mail as follows:

Suzanne Farese, 126 NE 4th Avenue, Delray Beach, Florida 33483; E-mail: tf511@att.net andsuzanne511@att.net

Barry Roderman, c/o Bart Houston E-mail: bhouston@thehoustonfirm.com; bgr@barryroderman.com

                                  BY: /s/Gregory Elder
                                  Gregory R. Elder, Esq.