UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80762-Middlebrooks

GHAHAN, LLC,

    Plaintiff,

-vs-

PALM STEAK HOUSE, LLC f/k/a
PALM STEAK HOUSE GENTLEMENS
CLUB, LLC,

    Defendants.
_____/

## THIRD-PARTY DEFENDANT'S WITNESS LIST

COMES NOW the Third-Party Defendant, BARRY G. RODERMAN ("Roderman") by and through his undersigned counsel, and hereby files the following witness list, pursuant to the Order Setting Trial Date, dated February 4, 2021, for the witnesses that are likely to be called at trial as witnesses:

1. Barry Roderman
   633 S.E. 3rd Avenue, Suite 4R
   Ft. Lauderdale, Florida 33301

2. Suzanne Farese, Trustee
   126 N.E. 4th Avenue
   Delray Beach, Florida 44483

3. Thomas Farese
   126 N.E. 4th Avenue
   Delray Beach, Florida 44483

4. David Goldstein
   c/o Barry G. Roderman & Associates, P.A.
   633 S.E. 3rd Avenue, Suite 4R
   Fort Lauderdale, Florida 33301

5. All witnesses that are listed by the Third-Party Defendant.

6. All rebuttal witnesses as may become necessary from the testimony presented at the trial.

1

The Third-Party Defendant reserves the right to amend this witness list as necessary as the investigation process and discovery process proceeds.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above disclosure has been filed in the 4th day of May, 2021 with the Clerk of Court through the CM/ECF Filing System, and served electronically upon the Defendant through the system.

*Respectfully Submitted*

BARRY G. RODERMAN & ASSOCIATES, P.A.
633 SE 3rd Avenue, Suite 4 R
Fort Lauderdale, FL 33301
Telephone: (954) 761-8810
Primary email: mail@barryroderman.com

By: */s/ Barry G. Roderman*_____
Barry G. Roderman, Esq.
Florida Bar No.: 105637