UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80762-Middlebrooks

GHAHAN, LLC,

    Plaintiff,

-vs-

PALM STEAK HOUSE, LLC f/k/a
PALM STEAK HOUSE GENTLEMENS
CLUB, LLC,

    Defendants.
_____/

GHAHAN, LLC,

    Third-Party Plaintiff,

-vs-

SUZANNE FARESE and DAVID
GOLDSTEIN, as trustees of Palm
Beach Gentlemen's Club Trust; PALM
BEACH GENTLEMENT'S CLUB TRUST;
ET AL., and BARRY RODERMAN,

    Third-Party Defendant.
_____/

FILED BY ___ D.C.

MAY 06 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## THIRD-PARTY DEFENDANT TRUSTEE'S
## WITNESS LIST

SUZANNE FARESE, as alleged Trustee of PBGC Trust,[1] Pro Se, ("Movant" or the "Alleged Trustee") a Third-Party Defendant, in an abundance of caution hereby files the following witness list and their believed last known addresses pursuant to the pretrial scheduling order (DE-653) for the witnesses that Defendant would likely and or intends to call as trial witnesses:

---

[1] Suzanne Farese continues to assert that she is not and never has been a Trustee of the PBGC Trust.

Witness List
Page 1 of 4

1. Steve Roumaya (Sole Member of Plaintiff)
   3440 Secor Rd., Toledo Ohio 43606
   Address obtained from Ghahan's Witness List

Knowledge all of the pre-sale and post-sale factual circumstances of Palm Steak House AKA DREAMGIRLS PALM BEACH and DREAMGIRLS OHIO regarding all of Defendant's factual defenses.

2. Nick Hasan.
   Prior Member of Ghahan and Roumaya's Partner

Knowledge all of the pre-sale and post-sale factual circumstances of Palm Steak House AKA DREAMGIRLS PALM BEACH and DREAMGIRLS OHIO regarding all of Defendant's factual defenses.

3. Blake Anthony
   Prior Employee of Dreamgirls

Knowledge all of the pre-sale and post-sale factual circumstances of Palm Steak House AKA DREAMGIRLS PALM BEACH and DREAMGIRLS OHIO regarding all of Defendant's factual defenses.

4. Housemom Last Name Unknown
   Searching for Whereabouts

Knowledge of pre-sale of Palm Steak House AKA DREAMGIRLS PALM BEACH .

5. Marc Scott
   Prior Owner of Dreamgirls

Knowledge all of the pre-sale and post-sale factual circumstances of Palm Steak House AKA DREAMGIRLS PALM BEACH and DREAMGIRLS OHIO regarding all of Defendant's factual defenses.

6. Certified Public Accountant
   For Nightclub Purchaser.
   Will Provide all info when discovered.

Knowledge all of the pre-sale and post-sale factual circumstances of the sale negotiations re Palm Steak House AKA DREAMGIRLS PALM BEACH and DREAMGIRLS OHIO regarding all of Defendant's factual defenses.

7. Bartender Last Name Unknown
   Searching for Whereabouts

8. Manager of Dreamgirls
   Last Name Unknown

    Searching for Whereabouts

9. Custodian of Banking & Accounting Records
   For Accounts of Dreamgirls

10. Thomas Farese
    126 N.E. 4th Avenue
    Delray Beach, Florida 44483

11. Barry Roderman
    633 S.E. 3rd Avenue, Suite 4R
    Ft. Lauderdale, Florida 33301

12. David Goldstein
    c/o Barry G. Roderman & Associates, P.A.
    633 S.E. 3rd Avenue, Suite 4R
    Fort Lauderdale, Florida 33301

13. All witnesses that are listed by the Third-Party Defendant Roderman.

14. All Witnesses that are listed by Third-Party Plaintiff.

15. Accountant or Tax Preparer for Barry Roderman and Associates PA
    Name and Address Unknown Regarding the Expenditures and Bill Payment of Proceeds derived from the sale of Dreamgirls.

    Plaintiff reserves the right to amend and/or supplement the witnesses to this disclosure as discovery progresses.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 4th day of May, 2021, the forgoing document was mailed to the Clerk of Court and electronically served to those persons listed below.

My spouse, Thomas Farese, assisted in the preparation of this document.

                                      Respectfully submitted,
                                      /s/ *Suzanne Farese*
                                      Suzanne Farese Pro Se
                                      126 N. E. 4th Avenue
                                      Delray Beach, Florida 33483
                                      Suzanne511@att.net and SF511@att.net and
                                      Tf511@att.net
                                      Mobile 954-465-5466

Service:

| BARRY G. RODERMAN & ASSOC., P.A.<br>633 SE 3rd Avenue, Suite 4 R<br>Fort Lauderdale, FL 33301 | Tel: (954) 761-8810<br>Tel | Primary mail@barryroderman.com<br>BGR@barryroderman.com | Gregory R. Elder, Esq. Law Offices<br>2300 NW Corporate Blvd., Suite 215<br>Boca Raton, Florida 33341<br>(305) 546-1061  gelderlaw@gmail.com |
|---|---|
| Gregory Elder, Attorney<br>2300 NW Corporate Boulevard, Suite 215<br>Boca Raton, Florida 33431 | **Clerk of Court USDC/SDF**<br>701 Clematis Street Room 202<br>West Palm Beach, FL 33401<br>(561) 803-3400 |
|  | The Houston Firm Bart A. Houston, Esquire<br>Counsel for Barry Roderman<br>1301 East Broward Boulevard, Suite 100<br>Fort Ld, Fl. 33301| 954-900-2615<br>bhouston@thehoustonfirm.com<br>dschena@thehoustonfirm.com |

Suzanne FARESE

From:
FARESE
126 NE 4TH AVE.
DELRAY BEACH, FL 33483

WEST PALM BCH FL 334
4 MAY 2021 PM 3

Clerk of Court
USDC / SDF
701 CLEMATIS STREET     Room
West Palm Beach, Fl. 33401

33401-511352