UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80762-Middlebrooks

GHAHAN, LLC,
    Plaintiff,
-vs-
PALM STEAK HOUSE, LLC f/k/a
PALM STEAK HOUSE
GENTLEMENS CLUB, LLC,
    Defendants.
_____/

GHAHAN, LLC,
    Third-Party Plaintiff,
-vs-
SUZANNE FARESE and DAVID GOLDSTEIN,
as Trustees of Palm Beach Gentlemen's Club Trust;
PALM BEACH GENTLEMENT'S CLUB TRUST;
BARRY RODERMAN, Et Al.,
    Third-Party Defendants.
_____/

FILED BY _____ D.C.
JUN 07 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED ANSWER (706)
### BY THIRD-PARTY DEFENDANT, SUZANNE FARESE, AS ALLEGED TRUSTEE OF PBGC TRUST, TO PLAINTIFF GHAHAN'S REQUEST FOR ANSEWRS TO INTERROGATORIES SERVICE DATED April 25, 2021

Third-Party Defendant, SUZANNE FARESE, as wrongly alleged trustee of PBGC Trust, Pro Se ("Respondent") amends her answer (DE-706) and objections to Third-Party Plaintiff Ghahan's (hereinafter "Ghahan") Initial Interrogatories service dated April 25, 2021, as follows:

### PRELIMINARY STATEMENT AND OBJECTIONS

As demonstrated by/in THIRD-PARTY DEFENDANT, Respondent's, previous filings in this case (for example See DE- 603, 619), *Suzanne Farese is not now and never has been a trustee of the PBGC Trust, and therefore has no responsive documents.*

Page **1** of **4**

## PRELIMINARY OBJECTION

Suzanne Farese is not now and never has been the Trustee of the PBGC Trust. Because she is not, she cannot knowingly and intelligently respond to questions posed to her as such. See Deposition Transcript of Suzanne Farese by Elder at p. 4 (August 2, 2013).

## OBJECTION
### Naming of Suzanne Farese As Tax Matter Person Was/Is in Compliance as Mandated by The Trust Agreement

Plaintiff wrongly asserts that because Suzanne Farese was named as the Trust Matters person in the filing of various tax returns, she is also the Trustee. That is ludicrous. Paragraph 3 of the Trust Agreement countermands all of Plaintiff's wrongful assertions as to who the Trustee is. The Trust Agreement certifies and is executed by David Goldstein as Trustee. Furthermore, as to this point, ¶3 of the PBGCT Trust Agreement requires in part:

> 3. *Filing of Income Tax Returns*. Trustee shall not be obligated to file any income, profit or other tax reports or schedules. The - - - - - shall individually make all such reports.

(See DE-703, Redacted Trust Agreement.). While the tax professional who completed the Tax Return *mistakenly* used the "TTEE" designation on tax returns, said returns were by the Trust's designated representative, not the Trustee.

## GENERAL OBJECTIONS AND RESPONSES

To the extent that Plaintiff's "Definitions and Instructions" define the term "You," "Your," "Yours," or "S. Farese" or "S Farese Trust" shall mean or refer to Third-Party Defendant, Suzanne Farese, Suzanne Farese is not a Third-Party Defendant in this case. And Suzanne Farese has been dismissed with prejudice as a defendant in the predecessor cases.

The following General Objections and Responses are incorporated into each and every one of the Specific Responses below:

Page **2** of **4**

Defendant as the alleged Trustee of PBGC, because she is not said Trustee, generally objects to being unable to respond to any of the interrogatories as the alleged Trustee because she is not the Trustee. Subject to and without waiving any of the foregoing General Response and Objections, Farese responds to each corresponding Interrogatory as follows:

Interrogatory:

   1. State the full and complete current residential address of David Goldstein.

   Answer: UNKNOWN.

                                                   SUZANNE FARESE,
                                                   As Alleged Trustee of PBGC Trust, Pro Se,

STATE OF FLORIDA        )
COUNTY OF PALM BEACH  )

Sworn and subscribed to before me this 3d Day of June, 2021 in the State and County aforesaid.



_____
Notary Public State of Florida
My Commission Expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3d day of June, 2021, the forgoing document was filed with the Clerk of the Court and served on all parties by depositing same in the U. S. Mail Postal system (with prepaid postage affixed thereon) mail box located in Delray Beach and was electronically served on all parties listed below by email who have consented to being served by email by a pro se litigant.

My husband, Thomas Farese, has assisted me in the preparation of the forging document.

                                            Respectfully submitted,

                                            */s/ Suzanne Farese*
                                            Suzanne Farese, As Alleged Trustee of
                                            PBGC Trust, Pro Se,
                                            126 N. E. 4th Avenue
                                            Delray Beach, Florida 33483
                                            Suzanne511@att.net; TF511@att.net
                                            Mobile 954-465-5466

Service List:
Gregory R. Elder, Esq. Law Offices of Gregory R. Elder, LLC
2300 NW Corporate Blvd., Suite 215

Boca Raton, Florida 33341
(305) 546-1061  gelderlaw@gmail.com

BARRY G. RODERMAN & ASSOCIATES, P.A.
633 SE 3rd Avenue, Suite 4 R
Fort Lauderdale, FL 33301
Primary email: mail@barryroderman.com
barry roderman (bgr@barryroderman.com)

THE ELLIOT LEGAL GROUP, P.A.
Gavin Tudor Elliot, Esq.
Florida Bar No.0542997
gelliot@elliotlegal.com
elliotlegalgroup@gmail.com
3101 N Federal Highway, Ste 609
Fort Lauderdale, Florida 33306
Phone: 305-399-3832
*Attorney for Third Party-Plaintiff*

The Houston Firm
Bart A. Houston, Esquire (Fla Bar No. 623636)
Counsel for Barry Roderman
1301 East Broward Boulevard, Suite 100
Fort Lauderdale, Florida 33301
954-900-2615
bhouston@thehoustonfirm.com
dschena@thehoustonfirm.com

Mailing Address for Filing:
**Clerk of Court**
**Federal Building and U.S. Courthouse**
701 Clematis Street Room 202
West Palm Beach, FL 33401
(561) 803-3400

Suzanne Farese
126 NE 4th Ave
Delray Beach, Florida 33483

WEST PALM BCH FL 334
4 JUN 2021 PM 4 L



Clerk of Court USDC/SDF
701 Clematis Street Room 202
West Palm Beach, FL 33401
(561) 803-3400

33401-511352