UNITED STATES DISTRIPT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9: 12-cv-80762-Middlebrooks

GHAHAN, L.L.C.,
    Plaintiff,

-vs-

PALM STEAK HOUSE, L.L.C. f/k/a
PAL STEAK HOUSE GENTLEMENS
CLUB, LLC,
    Defendants.
_____/

GHAHAN, L.L.C.,
    Third-Party Plaintiff,

-vs-

SUZANNE FARESE and DAVID
GOLDSTEIN, as trustees of Palm
Beach Gentlemen's Club Trust; PALM
BEACH GENTLEMEN'S CLUB TRUST;
DAVID M. GOLDSTEIN, as trustee
Of Nolita Trust, NOLITA TRUST; and
BARRY RODERMAN,
    Third-Party Defendant.
_____/

## NOTICE OF AVAILABILITY FOR A SETTLEMENT CONFERENCE WITH UNITED STATES MAGISTRATE JUDGE WILLIAM MATTHEWMAN

    Third-Party Plaintiff, Ghahan, LLC ("Ghahan"), by and through its undersigned attorneys, hereby submits this Notice of Availability, pursuant to the Court's Paperless Order requiring notification of availability of the parties for a settlement conference [DE 718]. The undersigned counsel has conferred with all parties and they are available for a settlement conference on July 9, 2021.

    The undersigned acknowledges that the Order requested that the parties select 3 dates. However, with apologies, the undersigned states that the parties are not available on the other proposed dates due

1

to their collective pre-planned summer vacations.

Respectfully Submitted,

BY: */s/Gregory R. Elder*
Gregory R. Elder, Esq.
Law Offices of Gregory R. Elder, PLLC
2300 NW Corporate Blvd., Suite 215
Boca Raton, Florida 33341
(305) 546-1061
*gelderlaw@gmail.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June , 2021, I served the foregoing on the individuals listed below, via First Class US Mail and e-mail as follows:

Suzanne Farese, 126 NE 4th Avenue, Delray Beach, Florida 33483; E-mail: tf511@att.net andsuzanne511@att.net

Barry Roderman, c/o Bart Houston E-mail: bhouston@thehoustonfirm.com

BY: */s/Gregory Elder*
Gregory R. Elder, Esq.
